UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Sharon Robinson, et al.
                                  Plaintiff,
v.                                                          Case No.: 1:19−cv−00395
                                                            Honorable Gary Feinerman
Chicago State University, et al.
                                  Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 17, 2019:

   MINUTE entry before the Honorable Gary Feinerman:Plaintiff's motion for leave to file sur−reply in opposition to Defendants' motion to dismiss [30] is granted. Plaintiffs shall file their surreply as a separate docket entry. Defendants&#0;39; motion to strike Plaintiffs' sur−reply [32] is denied. This case has been reassigned to the calendar of District Judge Gary Feinerman. The parties are directed to prepare a joint status report adhering to the form set forth on Judge Feinerman's website (http://www.ilnd.uscourts.gov, to "District Judges," to "Judge Gary Feinerman," to "Cases Reassigned to Judge Feinerman" under Case Management Procedures). If the parties cannot agree on a joint statement as to any particular issue(s), their respective positions should be recited. If no defendant has appeared, the plaintiff(s) shall so note and shall prepare the status report. The joint status report shall be filed no later than 7/23/2019, with a courtesy copy to the Courtroom Deputy, Room 2132.This matter is set for a status conference on 7/30/2019 at 9:00 a.m. An attorney for each represented party shall appear; pro se parties shall appear as well. If lead trial counsel does not appear on behalf of a represented party, the attorney that does appear should be fully prepared to discuss all aspects of the case, including settlement.To the extent not already stricken by the predecessor district judge, all pending status dates, hearing dates (other than preliminary or final approval hearings on class certification motions), and trial dates are stricken. All other dates, including briefing schedules, motion deadlines, discovery schedules, and pretrial order deadlines, shall remain intact.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.