# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Sharon Robinson, et al.

                                           Plaintiff,

v.                                                                    Case No.: 1:19–cv–00395

                                                                                  Honorable Gary Feinerman

Chicago State University, et al.

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 30, 2019:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 9/12/2019 at 9:00 a.m. For the reasons stated on the record, Defendants' motion to dismiss [11] is granted in part and denied in part. Count I is dismissed as to Defendants Maddox and Steward and Plaintiffs Kimber and Burras. Counts II, III, and V are dismissed. Count IV is dismissed as to Defendant Chicago State University. Plaintiff is given leave to file an amended complaint on or before 8/20/2019. Defendants shall respond to the amended complaint or, if one is not filed, to the surviving portions of the complaint by 9/5/2019. MIDP disclosures shall be served by 9/9/2019. MIDP ESI disclosures shall be served by 9/23/2019. Written discovery requests shall be served by 10/31/2019. Fact discovery shall be completed by 5/7/2020. Dispositive motions shall be filed by 6/25/2020.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.