# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Sharon Robinson, et al.

                                Plaintiff,

v.                                                                    Case No.: 1:19–cv–00395
                                                                     Honorable Martha M. Pacold

Chicago State University, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 21, 2019:

       MINUTE entry before the Honorable Martha M. Pacold: Status hearing and motion hearing held on 11/21/2019. Plaintiffs' motion for leave to file an oversized brief [57] is granted. Defendants' reply in support of its motion to dismiss[48] is due by 12/9/2019. Status hearing set for 12/16/2019 at 10:00 AM. Plaintiffs to submit a written settlement demand to defendants two weeks after the Court rules on the motion to dismiss. Defendants' response to the demand will be two weeks thereafter.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.