**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Lt. Sharon Robinson, et al.   v.   Case Number: 19-cv-00395
Chicago State University, et al.

An appearance is hereby filed by the undersigned as attorney for:

Chicago State University, Capt. James Maddox and Lt. Charles Steward

Attorney name (type or print): Mary E. Deweese

Firm: Husch Blackwell LLP

Street address: 120 S. Riverside Plaza, Suite 2200

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6326812                    Telephone Number: 312-655-1500
(See item 3 in instructions)

Email Address:

Are you acting as lead counsel in this case?          ☐ Yes  ☑ No

Are you acting as local counsel in this case?          ☐ Yes  ☑ No

Are you a member of the court's trial bar?             ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?   ☐ Yes  ☑ No

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 25, 2019

Attorney signature:   S/ Mary E. Deweese
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015