# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Sharon Robinson, et al.
                                        Plaintiff,

v.                                      Case No.: 1:19−cv−00395
                                        Honorable Martha M. Pacold

Chicago State University, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 16, 2019:

    MINUTE entry before the Honorable Martha M. Pacold:Status hearing held on 12/16/2019. Status hearing continued to 3/17/2020 at 9:45 a.m. for a potential ruling on Defendants' motion to dismiss[48].(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.