## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Sharon Robinson, et al.
                                    Plaintiff,

v.                                                          Case No.: 1:19–cv–00395
                                                            Honorable Martha M. Pacold

Chicago State University, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 13, 2020:

      MINUTE entry before the Honorable Sunil R. Harjani: General Order: In light of the Chief Judge's order regarding appearances in the courthouse dated March 12, 2020, this Court will hold all status and motion hearings by telephonic conference call. All counsel are instructed to call into the Court's conference call in number at (888) 684–8852, and use Access Code 7354516, at the designated time for the hearing. All counsel are instructed to place the call on mute and not state their appearances until their case is called by the Courtroom Deputy, as the Court will be handling multiple cases on its status and motion calls at that set time. All counsel shall remain on the line throughout the hearing until the hearing on their case is concluded, at which time they may disconnect. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.