Sharon Robinson, et al.
                                      Plaintiff,

v.                                                   Case No.: 1:19–cv–00395
                                                          Honorable Martha M. Pacold

Chicago State University, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 16, 2020:

      MINUTE entry before the Honorable Sunil R. Harjani: Status hearing set for 3/19/20 is reset to 5/13/20 at 9:15 a.m. in light of the pending motion to dismiss. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.