# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sharon Robinson, et al.

                                 Plaintiff,

v.                                             Case No.: 1:19–cv–00395
                                                    Honorable Martha M. Pacold

Chicago State University, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 2, 2022:

       MINUTE entry before the Honorable Sunil R. Harjani: Plaintiffs' joint motion for clarification [94] is granted. The Court appreciates the information provided by the parties. For now, the parties shall follow the Court's discovery schedule, and if they need to alter it in the future, they can do so by motion to the Court. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.