## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Sharon Robinson, et al.
                                Plaintiff,

v.                                                                      Case No.: 1:19−cv−00395
                                                                       Honorable Martha M. Pacold

Chicago State University, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 1, 2022:

      MINUTE entry before the Honorable Sunil R. Harjani: Motion hearing held by telephone. For the reasons stated on the record, Defendant's Motion to Stay discovery [99] is granted. In light of Defendants' Motion for Clarification [96] pending before the district court, discovery is stayed until 3/31/2022. As discussed, the parties are directed to meet and confer in an attempt to reach an agreement as to what discovery can go forward if a ruling on the motion for clarification has not been issued by the next status hearing. By 4/6/2022, parties shall file a joint status report describing the results of the meet and confer, including an outline of agreement reached. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.