IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIEUTENANT SHARON ROBINSON, DIRECTOR WINONA HANNAH, SERGEANT MARCELLA SAWYER, TELECOMMUNICATIONS CARLA KIMBER, SERGEANT VERONICA HARRIS and OFFICER LAWANDA BURRAS,<br><br>    Plaintiffs,<br><br>v.<br><br>CHICAGO STATE UNIVERSITY, CAPTAIN JAMES MADDOX, individually and in his official capacity, LIEUTENANT CHARLES STEWARD, individually and in his official capacity,<br><br>    Defendants. | Case No. 19-cv-00395<br><br>Honorable Judge Pacold |

**JOINT STATUS REPORT**

Plaintiffs Lieutenant Sharon Robinson, Director Winona Hannah, Sergeant Marcella Sawyer, Telecommunications Carla Kimber, Sergeant Veronica Harris and Officer Lawanda Burras (collectively "Plaintiffs"), by and through their attorneys, THE WALTERS LAW FIRM, and Defendants Chicago State University, Captain James Maddox, and Lieutenant Charles Steward (collectively "Defendants"), by and through their attorneys HUSCH BLACKWELL LLP, submit this Joint Status Report in accordance with the Judge Harjani's March 1, 2022 Order.

On March 10, 2022, Judge Pacold ruled on Defendants' Motion for Clarification, thereby clarifying the scope of discovery for purposes of this lawsuit [Doc. 96]. As a result, the parties have currently proceeded with discovery in accordance with their discovery schedule, including

having tendered initial discovery requests. As such, the meet in confer referenced in this Court's March 1, 2022 minute entry [Doc. 102] was not required.

Dated: April 5, 2022

Respectfully submitted,

| | |
|---|---|
| /s/ Kellie Walters<br>Kellie Kristine Walters<br>The Walters Law FirmWalters O'Brien Law Offices<br>350 N. Orleans St.<br>Ste. 9000N<br>Chicago, IL 60654<br>(312) 428-5890<br>kwalters@walterslawoffice.net<br>*Counsel for Plaintiffs* | /s/ Lisa Parker<br>Lisa J. Parker (#6230008)<br>120 South Riverside Plaza, Suite 2200<br>Chicago, IL 60606<br>(312) 655-1500<br>(312) 655-1501 (Facsimile)<br>lisa.parker@huschblackwell.com<br><br>John W. Borkowski (#6320147)<br>1251 North Eddy Street, Suite 200<br>South Bend, IN 46617<br>(574) 239-7010<br>(574) 287-3116 (Facsimile)<br>john.borkowski@huschblackwell.com<br>*Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

 The undersigned certifies that on the 5th day of April, 2022, a copy of the above and foregoing document was filed with the Clerk of Court using the CM/ECF system which sent electronic notification of such filing to all those individuals currently electronically registered with the Court.

/s/ Kellie Walters