## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LIEUTENANT SHARON ROBINSON, DIRECTOR WINONA HANNAH, SERGEANT MARCELLA SAWYER, TELECOMMUNICATIONS CARLA KIMBER, SERGEANT VERONICA HARRIS and OFFICER LAWANDA BURRAS, <br><br>  Plaintiffs, <br><br> vs. <br><br> CHICAGO STATE UNIVERSITY, <br><br> CAPTAIN JAMES MADDOX, Individually and in his official capacity, LIEUTENANT CHARLES STEWARD, individually and in his official capacity, <br><br>  Defendants. | Case No. 19-cv-00395 <br><br> Judge Martha M. Pacold <br> Magistrate Judge Sunil R. Harjani |

### STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the release and settlement agreement as agreed by the parties and chronicled on the record. Therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the Settlement Agreement.

DATED: January 11, 2023

| | |
|---|---|
| /s Kellie Walters | /s Lisa Parker |
| Kellie Walters | Lisa Parker |
| The Walters Law Firm | Husch Blackwell |
| 1 E. Erie St., Ste. 525-2918 | 120 South Riverside Plaza, Suite 2200 |
| Chicago, IL 60611 | Chicago, IL 60606 |
| (312) 428-5890 | (312) 655-1500 |
| kellie@walterslawoffice.net | Lisa.parker@huschblackwell.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |